UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>ADAN CAMARGO-GAMEZ,<br> AKA, ADAN CAMARGO,<br> AKA, ADAN CAMARGO MURILLO,<br><br>Defendant | Case No. 2:18-cr-000204-APG-VCF<br><br>**Order of Defendant's Release from Custody** |

IT IS HEREBY ORDERED that the defendant is released from the custody of the U.S. Marshals on his own recognizance, pursuant to 18 U.S.C. § 3143(a).

DATED: 22nd day of February, 2019.

_____
ANDREW P. GORDON
U.S. DISTRICT COURT JUDGE